IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ORMET PRIMARY ALUMINUM COP.,

    Plaintiff,

    v.

    Case No. 09-cv-289
    Judge Gregory L. Frost

GLENCORE LTD.,

    Defendant.

## **O R D E R**

IT IS ORDERED that the above captioned action be transferred from the docket of the Honorable Gregory L. Frost to the docket of the Honorable Edmund A. Sargus.

_____
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE

_____
EDMUND A. SARGUS
UNITED STATES DISTRICT JUDGE